Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Javar Beason                                             Docket No. 99-00007-005 Erie

### Petition on Supervised Release

     COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Javar Beason, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 14th day of November 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not possess a firearm or destructive device.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance.
- The defendant shall not commit another federal, states, or local crime.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the Probation Officer until such time as the defendant is released from the program by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment not to exceed and amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.
- The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two tests a year thereafter.
- The defendant shall pay a special assessment of $100.

<u>11-14-00</u>: Conspiracy to Possess With the Intent to Distribute in Excess of 50 Grams of Cocaine Base, a Schedule II Controlled Substance; 60 months' imprisonment, 5 years' supervised release.
<u>12-23-04</u>: Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following violations:

**The defendant shall not illegally possess a controlled substance.**

On March 1 and 16, 2005, the defendant submitted urine samples that tested positive for marijuana.

**The defendant shall not commit another federal, state, or local crime.**

**The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

U.S.A. v. Javar Beason
Docket No. 99-00007-005 Erie
Page 2

On April 15, 2005, and September 1, 2005, the defendant was cited for Disorderly Conduct by the Erie Police Department. The defendant pled guilty and was sentenced on April 29, 2005, and October 6, 2005, to a $151.50 fine on each charge. On both occasions, Mr. Beason failed to notify this officer within 72 hours of having contact with law enforcement.

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

The defendant missed scheduled office appointments on July 12, 2005, and September 6 and 11, 2005.

**The defendant shall work regularly at a lawful occupation unless excused for schooling, training, or other acceptable reasons.**

The defendant failed to obtain employment and/or attend schooling during the course of his supervision.

**The defendant shall notify the probation officer within ten days prior to any change in residence or employment.**

In August 2005 or September 2005, Mr. Beason moved without permission. His new address was found on his September 1, 2005, Disorderly Conduct citation.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom D, Second Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _DECEMBER 6, 2005_ at _10:00 AM_ to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11-02-05_

_Matthew L. Rea_
U.S. Probation Officer

_Gerald R. Buban_
Supervising U.S. Probation Officer

Place:  Erie, PA

ORDER OF COURT

Considered and ordered this _7th_ day of _Nov._, 20 _05_ and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill, Jr._
Senior U.S. District Judge