IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 99-7 E |
| ) | |
| JAVAR BEASON ) | |

**MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING**

AND NOW, comes the defendant, Javar Beason, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully files this Motion to Continue Supervised Release Revocation Hearing, and in support thereof sets forth as follows:

1. A petition to revoke Mr. Beason's supervised release has been filed by the probation office.

2. The hearing on the petition to revoke supervised release is currently set for Tuesday, December 6, 2005, at 10:00 a.m.

3. The undersigned counsel has been appointed to represent Mr. Beason on the petition to revoke his supervised release.

4. Counsel is in the process of gathering medical records and social security records to present a defense to the alleged violations of supervised release set forth in the petition to revoke. These records cannot be obtained by December 6, 2005. Accordingly, Mr. Beason respectfully requests that the hearing on the petition to revoke supervised release be continued at least 60 days.

5. Assistant United States Attorney Marshall J. Piccinini does not object to this motion.

WHEREFORE, the defendant, Javar Beason, respectfully requests that this Honorable Court continue the hearing on the petition to revoke his supervised release.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA I.D. No. 88653