IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 99-7 E |
| | ) |
| JAVAR BEASON | ) |

### ORDER OF COURT

AND NOW, upon consideration of the foregoing, Motion to Continue Supervised Release Revocation Hearing, it is hereby ORDERED that the motion is GRANTED: The hearing on the petition to revoke the defendant's supervised release shall take place on __JANUARY 23__, 2006 at __11:00__ am/~~pm~~.

11/28/05

_Maurice B. Cohill, Jr._
HONORABLE MAURICE B. COHILL, JR.
Senior United States District Judge