# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
)
vs. )         CR. 99-07 Erie
Javar Beason )
)
)
Defendants )

HEARING ON  Violation of Supervised Release

Before  Judge Maurice B. Cohill, Jr.

Marshall Piccinini                              Tom Patton

Appear for Plaintiff                            Appear for Defendant

Hearing Begun  11:00 a. 1-23-06        Hrg Adjourned to

Hrg concluded C.A.V.  11:30 a. 1-23-06    Stenographer  DeeDee Grill

### WITNESSES
For Plaintiff                                   For Defendant

Defendant admits to violations of supervised release.

Defendant's supervised release is hereby revoked. The Court imposes a sentence of 8 months, to be followed by a further term of supervised release of 3 years, under the same terms and conditions as previously imposed.

Defendant taken into custody