Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Javar Beason**                                      **Docket No. 99-00007-005 Erie**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Javar Beason, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 23rd day of January 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- All prior conditions of supervised release shall continue in full force and effect.

Original conditions of supervision imposed by Senior U.S. District Judge Cohill on November 14, 2000, at sentencing:

- The defendant shall not possess a firearm or destructive device.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall refrain from any unlawful use of a controlled substance.
- The defendant shall not commit another federal, state, or local crime.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the Probation Officer until such time as the defendant is released from the program by the Probation Officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.
- The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two tests a year thereafter.
- The defendant shall pay a special assessment of $100.

| | |
|---|---|
| <u>11-14-00</u>: | Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base, a Schedule II Controlled Substance; Original Sentence, Judge Cohill, Erie, PA, 60 months' imprisonment, 5 years' supervised release. |
| <u>12-23-04</u>: | Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea. |
| <u>01-23-06</u>: | Violation hearing, Judge Cohill; Supervised released revoked; Sentenced to 8 months' incarceration and 36 months' supervised release. |
| <u>06-09-06</u>: | Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea. |

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has submitted urine samples that have tested positive for marijuana on April 17, 2007; May 15 and 29, 2007; June 7, 2007; August 21, 2007; September 11 and 26, 2007; and October 16, 2007. On June 26, 2007, the defendant tested positive for Hydrocodone. As a response to his violations, on September 26, 2007, the defendant agreed to waive his rights to a hearing and has agreed to a modification of the conditions of his supervision. Specifically, he signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release (enclosed), in which he agreed to be placed on home confinement for 90 days.

U.S.A. vs. Javar Beason
Docket No. 99-00007-005 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee shall be placed on home confinement for a period not to exceed 90 days. The defendant shall pay all or part of the daily costs of the electronic monitoring on a schedule set forth in a separate payment agreement. At the direction of the probation officer, the supervised releasee shall wear an electronic device and shall observe the rules specified by the Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

## ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 _____ and ordered filed and made a part of the records in the above case.

Executed on _____ November 7, 2007 _____

_____
Matthew L. Rea
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

_____
Senior U.S. District Judge

Place: _____ Erie, PA _____